**SEALED**



PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00115-KJM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| KENNETH O'NEIL, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney CAMERON L. DESMOND to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

June 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE