CANDICE L. FIELDS
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Kenneth O'Neil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH O'NEIL,<br><br>　　　　　　Defendants. | CASE NO. 2:21-cr-00115-KJM<br><br>STIPULATION AND ORDER TO VACATE DETENTION HEARING<br><br>DATE: September 24, 2021<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Deborah Barnes |

　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff and Candice L. Fields, counsel for Defendant Kenneth O'Neil, that the Detention Hearing scheduled for September 24, 2021, may be vacated.  Defense counsel requires additional time to develop a suitable release plan for the defendant.  Defendant withdraws his request for a detention hearing.  Defendant submits on detention pursuant to 19 U.S.C. §3142 et al. without prejudice to bring a motion at a future date if a suitable release plan can be proposed.

Dated: September 23, 2021　　　　　　　　　　　PHIL TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/ CAMERON DESMOND
　　　　　　　　　　　　　　　　　　　　　　　　CAMERON DESMOND
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　_____

STIPULATION AND [PROPOSED] ORDER TO VACATE
DETENTION HEARING

1

Dated: September 23, 2021              /s/ CANDICE L. FIELDS
                                       CANDICE L. FIELDS
                                       Counsel for Defendant
                                       Kenneth O'Neil

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is hereby ordered that the detention hearing is vacated. The matter being submitted to the Court, the Court orders that the defendant is hereby ordered detained without prejudice to bring a motion if he has a suitable release plan to propose.

IT IS SO ORDERED.
Dated: September 24, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE