PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00115-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KENNETH O'NEIL, | DATE: November 15, 2021 TIME: 9:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on November 15, 2021.

2.    By this stipulation, defendant now moves to continue the status conference until December 13, 2021, and to exclude time between November 15, 2021, and December 13, 2021, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes multiple audio files, reports, photographs, and toll records.  The defendant has requested new counsel, and discovery will be produced within two weeks of new counsel being appointed.

///

b)  Counsel for the defendant desires additional time to conduct independent factual investigation, meet with her client to discuss trial, sentencing, and resolution options, conduct legal research into trial and sentencing issues, and otherwise prepare for trial.

c)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2021 to December 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**CONTINUED ON NEXT PAGE**

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  November 10, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney

8
                                                /s/ CAMERON L. DESMOND
9                                               CAMERON L. DESMOND
                                                Assistant United States Attorney
10

11

12  Dated:  November 10, 2021                   /s/ Candice Fields
                                                Candice Fields
13                                              Counsel for Defendant
                                                KENNETH O'NEIL
14

15                          **FINDINGS AND ORDER**

16    IT IS SO FOUND AND ORDERED.  The status conference set for November 15, 2021 is

17  vacated and reset for December 13, 2021 at 9:00 a.m., the time between November 15, 2021, and

18  December 13, 2021 is excluded under Local Code T4.

19  DATED:  November 16, 2021.

20

21  _____

22  CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT