TASHA PARIS CHALFANT, SBN 207055
LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-mail:         tashachalfant@gmail.com

Attorney for Defendant
KENNETH O'NEIL

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KENNETH O'NEIL,<br><br>   Defendant. | Case No.: 2:21-CR-00115 DAD<br><br>**WAIVER OF PERSONAL APPEARANCE** |

   Defendant KENNETH O'NEIL hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

/////

- 1 -

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:   October 28, 2022                             /s/Kenneth O'Neil
                                                      KENNETH O'NEIL
                                                      Defendant

DATED:   October 28, 2022                             /s/ Tasha Paris Chalfant
                                                      TASHA PARIS CHALFANT
                                                      Attorney for Defendant
                                                      KENNETH O'NEIL

(Original Signatures on File at Attorney's Office)

**ORDER**

     IT IS SO ORDERED.

Dated:   **November 21, 2022**                        _Dale A. Drozd_
                                                      UNITED STATES DISTRICT JUDGE