PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH O'NEIL,<br><br>Defendant. | CASE NO. 2:21-CR-00115-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 14, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 14, 2023.

2. By this stipulation, the defendant now moves to continue the status conference until March 21, 2023, and to exclude time between February 14, 2023, and March 21, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple audio files, reports, photographs, and toll records.

    b) Counsel for the defendant and government counsel are in the process of identifying any additional evidence, including raw data from phone records and witness

statements, that may be produced in the next 30 days.

  c) Counsel for the defendant needs additional time to conduct independent factual investigation, meet with her client to discuss trial, sentencing, and resolution options, conduct legal research into trial issues, sentencing issues, and potential pretrial motions, and otherwise prepare for trial.

  d) The defendant was transferred out of the Sacramento County jail to the CVA facility, which makes it more logistically challenging and time-consuming for defense counsel to meet with her client.

  e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2023 to March 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2023                               PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ CAMERON L. DESMOND
                                                       CAMERON L. DESMOND
                                                       Assistant United States Attorney


Dated:  February 1, 2023                               /s/ Tasha Chalfant
                                                       Tasha Chalfant
                                                       Counsel for Defendant
                                                       KENNETH O'NEIL


## FINDINGS AND ORDER

Pursuant to the stipulation of the parties, the status conference previously scheduled for February 14, 2023 is vacated and rescheduled for March 21, 2023 at 9:30 a.m.  In addition, time is excluded between February 14, 2023, and March 21, 2023, under Local Code T4.  Counsel is advised that the court will be reluctant to continue the status conference set by this order in the absence of a compelling showing of good cause.  In addition, counsel are advised that as long as the CARES Act authorization remains in place, the undersigned is happy to conduct video hearings especially with respect to defendants being held at CVA so long as the defendant and his counsel consent.

IT IS SO ORDERED.

Dated:  **February 12, 2023**                          _Dale A. Drozd_
                                                       UNITED STATES DISTRICT JUDGE