TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
KENNETH O'NEIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:21-cr-0115 DAD |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE JUDGMENT |
| | ) AND SENTENCING, NEW DISCLOSURE |
| | ) DATES; FINDINGS AND ORDER |
| v. | ) |
| | ) |
| KENNETH O'NEIL, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

---

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United

States Attorney DAVID SPENCER, and the Defendant, KENNETH O'NEIL, by and through his

counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make

the following findings and Order as follows:

1. By previous order, this matter was set for judgment and sentencing on June 27,

2023.

2. By this stipulation, the defendant now moves to continue the judgment and

sentencing until August 15, 2023.  We also agree to set new disclosure dates.  Plaintiff does not

oppose this request and neither does probation.

        3.      The parties agree and stipulate, and request that the Court find the following:

        a.      At the change of plea hearing, the government and defense counsel agreed upon the June 27, 2023 date for J&S.  Since then, probation and defense counsel have worked to conduct the PSR interview with Mr. O'Neil via Zoom at the Yuba County Jail.  We finally accomplished the PSR interview, however, it was too late for probation to prepare the draft pre-sentence report on time.  Defense counsel, the government and probation have all discussed the mutually agreeable date for sentencing as well as new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | 08/15/23 |
| Reply, or Statement of Non-Opposition: | 08/08/23 |
| Formal Objections to the Pre-sentence report: | 08/01/23 |
| Final Pre-sentence report: | 07/25/23 |
| Informal Objections to the Pre-sentence report: | 07/18/23 |
| Draft Pre-sentence report disclosed to counsel by: | 07/04/23 |

        b.      Counsel for the defendant desires additional time to prepare for judgement and sentencing.

        c.      The government does not object to the continuance and neither does probation.

        All counsel has reviewed this proposed order and authorized Tasha Paris Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  May 23, 2023         by:     */s/Tasha Chalfant for*
                              DAVID SPENCER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

Dated:  May 23, 2023                    by:    */s/Tasha Chalfant*
                                               TASHA CHALFANT
                                               Attorney for Defendant
                                               KENNETH O'NEIL


# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the presently set June 27, 2023, judgment and sentencing shall be continued to August 15, 2023, at 9:30 a.m.  The Court also orders the following disclosure deadlines:

| | |
|---|---|
| Judgment and Sentencing: | 08/15/23 |
| Reply, or Statement of Non-Opposition: | 08/08/23 |
| Formal Objections to the Pre-sentence report: | 08/01/23 |
| Final Pre-sentence report: | 07/25/23 |
| Informal Objections to the Pre-sentence report: | 07/18/23 |
| Draft Pre-sentence report disclosed to counsel by: | 07/04/23 |

IT IS SO ORDERED.

Dated:   **May 24, 2023**              _____
                                       UNITED STATES DISTRICT JUDGE


STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING
AND NEW DISCLOSURE DATES